Christine KLING; Cynthia Kling,
Plaintiffs—Appellants,

v.

HARRIS TEETER, INCORPORATED;
City of Monroe, North Carolina, a
body politic and corporate; C.S.
Horne, a/k/a Chris Horne, individually
and in his capacity as an officer of
Monroe Public Safety, Defendants—
Appellees.

No. 03–1128.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 29, 2003.

Decided Feb. 10, 2004.

Chiege O. Kalu Okwara, Law Office of
Chiege O. Kalu Okwara, Charlotte, North
Carolina, for Appellants. Kenneth R.
Raynor, Amy F. Wise, Templeton & Ray-
nor, P.A., Charlotte, North Carolina; An-
thony T. Lathrop, McNeill Y. Wester,
Moore & Van Allen, PLLC, Charlotte,
North Carolina, for Appellees.

Before NIEMEYER, LUTTIG, and
MOTZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Christine Kling and Cynthia Kling appeal the magistrate judge's order* granting summary judgment for Defendants in the Klings' civil action. We have reviewed the briefs, the joint appendix, and the magistrate judge's order and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *See Kling v. Harris Teeter, Inc.,* No. CA–00–609–3 (W.D.N.C. Dec. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED*

---

* This case was decided by a magistrate judge upon consent of the parties under 28 U.S.C. § 636(c)(1) (2000).